**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT WINCHESTER**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 4:16-cr-11 |
| v. | ) | |
| | ) | Judge Travis R. McDonough |
| CODY MARSHALL | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| | ) | |

**ORDER**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending that

the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the

twelve-count Indictment; (2) accept Defendant's guilty plea as to as to the lesser included

offense of the charge in Count One of the Indictment, that is of conspiracy to distribute and

possess with intent to distribute five grams or more of methamphetamine (actual), a Schedule II

controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B); (3)

adjudicate the Defendant guilty of lesser included offense of the charge in Count One of the

Indictment, that is of conspiracy to distribute and possess with intent to distribute five grams or

more of methamphetamine (actual), a Schedule II controlled substance, in violation of 21 U.S.C.

§§ 846, 841(a)(1), and 841(b)(1)(B); (4) defer a decision on whether to accept the amended plea

agreement until sentencing; and (5) order that Defendant remain in custody until sentencing in

this matter (Doc. 227). Neither party filed a timely objection to the report and recommendation.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and

recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's

report and recommendation (Doc. 227) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to the lesser included offense of the charge in Count One of the Indictment, that is of conspiracy to distribute and possess with intent to distribute five grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) of the Indictment is **GRANTED**;

2. Defendant's plea of guilty to lesser included offense of the charge in Count One of the Indictment, that is of conspiracy to distribute and possess with intent to distribute five grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B) is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of lesser included offense of the charge in Count One of the Indictment, that is of conspiracy to distribute and possess with intent to distribute five grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B);

4. A decision on whether to accept the amended plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **March 23, 2018 at 2:00 p.m. [EASTERN]** before the undersigned.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**